ORIGINAL

FILED
JAN 2 8 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

TXU GENERATION COMPANY LP

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-0098C

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff TXU Generation Company LP submits the following corporate disclosure statement.

*Any parent corporation and any publicly held corporation that owns 10% or more of its stock*:

TXU Generation Company LP is owned by TXU Generation Management Company LLC and TXU Energy Investment Company LLC. TXU Energy Company LLC, TXU US Holdings Company, and TXU Corp., all of which are publicly traded, are parent companies of TXU Generation Management LLC and TXU Energy Investment Company LLC.

Respectfully submitted,

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)
Counsel for Plaintiff
TXU GENERATION COMPANY LP

January 28, 2004

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH