# In the United States Court of Federal Claims

**No. 04-0098C**

**(Filed April 22, 2004)**

**TXU GENERATION COMPANY LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

---

On April 19, 2004, Plaintiff filed a "Motion for Reconsideration of Order for Pre-Discovery Conference in New Spent Fuel Cases." Pursuant to that Order, dated April 13, 2004, the parties were directed, at their option, to submit a report by April 23, 2004, and to participate, also at their option, in a joint pre-discovery conference on April 30, 2004, with the parties in other "new" Spent Nuclear Fuel cases before the Court, over which Judge Diane Sypolt will preside.

The Court hereby **DENIES** Plaintiff's motion to reconsider.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**

**Judge**