# In the United States Court of Federal Claims

**No. 04-0098C**

**(Filed May 14, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TXU GENERATION COMPANY LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER SCHEDULING**
**STATUS CONFERENCE**

---

In accordance with the agreement of the parties, the Court will convene a telephonic status conference on **May 18, 2004, at 3:30 p.m.** The Court will initiate the teleconference and a court reporter will transcribe the proceedings.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**