# In the United States Court of Federal Claims

**No. 04-0098C**

**(Filed May 19, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TXU GENERATION COMPANY LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER SCHEDULING STATUS CONFERENCE**

The Court will convene a telephonic status conference on **January 12, 2005, at 3:00 p.m. EST**. The Court will initiate the conference and a court reporter will transcribe the proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**