# In the United States Court of Federal Claims

**No. 04-0098C**

**(Filed May 19, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TXU GENERATION COMPANY LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING**
**STAY OF PROCEEDINGS**

The Court held a telephonic status conference on May 18, 2004 to discuss Defendant's March 29, 2004, motion to stay proceedings until completion of trials in three other cases before the Court. In accordance with the agreement of the parties, proceedings in the above-captioned action shall be **STAYED** until **December 31, 2004**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**