IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TXU GENERATION COMPANY, LP,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-98C<br>(Judge Williams) |

TXU'S CONSENT MOTION TO EXTEND THE
EXISTING STAY UNTIL THE FEDERAL CIRCUIT
ISSUES A DECISION IN INDIANA MICHIGAN v. UNITED STATES

TXU moves to extend the stay entered in this action until the Federal Circuit issues a decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.). Plaintiff's counsel has consulted with government counsel and government counsel has noted its consent to this motion.

By order dated May 19, the Court stayed proceedings in this spent nuclear fuel ("SNF") breach of contract damages case until December 31, 2004. Both parties agreed that a stay was appropriate. At this time, the parties agree that an extension of the stay is appropriate because *Indiana Michigan*, as well as other earlier-filed SNF cases, may address issues that are implicated in this case. Moreover, developments in other, earlier-filed SNF cases may streamline issues relating to various defenses and theories that the government has been advancing in the SNF cases, and promote efficiency in the resolution of this case.

For the foregoing reasons, the case should be stayed until the Federal Circuit's panel decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.).[1]

Respectfully submitted,

s/ Jerry Stouck

Dated: December 22, 2004

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
TXU Generation Company, LP

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban
SPRIGGS & HOLLINGSWORTH

[1] In the meantime, however, the parties should finalize and submit a draft order governing e-mail retention for this Court's consideration. The government has previously stated that it wants such orders entered in the newly-filed SNF cases. By letter dated November 3, 2004, TXU advised the government that the terms of the e-mail order entered by Judge Braden in the *Systems Fuel, Inc.* case, another newly-filed SNF case, were acceptable to TXU. We are waiting for the government's response.