# In the United States Court of Federal Claims

**No. 04-0098C**

**(Filed December 29, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TXU GENERATION COMPANY LP,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING**
**STAY OF PROCEEDINGS**

On December 22, 2004, Plaintiff filed a motion to extend the stay entered in this action from December 31, 2004, until the Federal Circuit issues its decision in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.). The Government consented to this motion. In accordance with the agreement of the parties, proceedings in the above-captioned action shall be **STAYED** pending the outcome of the Indiana Michigan Power Co. case. Within **thirty (30)** days of the Federal Circuit's panel decision in Indiana Michigan Power Co., the parties shall submit a joint status report to the Court indicating how they wish to proceed in light of the outcome. It is so **ORDERED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**