# In the United States Court of Federal Claims

**No. 04-98C**

**(Filed March 16, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TXU GENERATION COMPANY, LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## E-MAIL PRESERVATION ORDER

Pending before the court is the "Joint Motion for Entry of an Order Governing the Preservation of E-Mail and other Electronic Evidence," filed on March 8, 2005. Good cause having been shown, the parties' motion is granted in part.

The court hereby establishes the following e-mail preservation order:

(1) Except as described in Paragraph 2 below, the parties have no preservation or retention requirements with respect to e-mail communications and electronic records for this case.

(2) The parties shall preserve any e-mail backup tapes that exist from the 1988-1996 time period that may potentially contain relevant information. The Department of Energy will only preserve such tapes to the extent that they are from, to, or relate to the Office of Civilian Radioactive Waste Management ("OCRWM").

(3) The parties shall evenly share the costs of any searches of any of the backup tapes preserved pursuant to Paragraph 2, which costs should not exceed $15,000 for each tape.

It is so **ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
Judge