**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TXU GENERATION COMPANY, LP,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-098C<br>(Judge Williams)<br>Filed electronically: July 6, 2005 |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for TXU Generation Company, LP hereby provides notice that their contact information has changed. The new contact information is set forth below:

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 331-3101 fax
stouckj@gtlaw.com

Of Counsel:
Robert Shapiro
Greenberg Traurig, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3174
(202) 331-3101 fax
shapiror@gtlaw.com

All future communication should be addressed as such.

Dated: July 6, 2005

Respectfully submitted,

s/ Jerry Stouck

Jerry Stouck
GREENBERG TRAURIG, LLP
800 Connecticut Ave, NW Ste 500
Washington, D.C. 20006
(202) 331-3173
(202) 331-3101 fax
Counsel of record for Plaintiff
TXU Generation Company, LP

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP