# In the United States Court of Federal Claims

**No. 04-98C**
**(Filed October 13, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TXU GENERATION COMPANY, LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME**

---

On October 11, 2005, the parties filed a joint motion for an enlargement of time of 52 days, up to and including, December 2, 2005, in which to file their Joint Status Report. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**