# In the United States Court of Federal Claims

**No. 04-98C**
**(Filed November 23, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TXU GENERATION COMPANY, LP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING JOINT MOTION TO EXTEND STAY

On November 22, 2005, the parties filed a joint status report and motion to extend the stay in this action for an additional ten (10) months, to and including October 2, 2006. As good cause for this motion, the parties state that there are currently 59 actions pending in this Court, many of which were filed much earlier than this action, and that further developments in those actions will make litigation of this case far more efficient for the parties and the Court. Good cause having been shown, this motion is **GRANTED**. Accordingly, the parties are to file a joint status report on October 2, 2006, advising the Court of how they wish to proceed. It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**