IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on October 1, 2007

| | |
|---|---|
| TXU GENERATION COMPANY, LP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0098C<br><br>(Judge Williams) |

JOINT STATUS REPORT AND MOTION TO EXTEND STAY

Pursuant to the Court's Order of October 2, 2006 the parties respectfully submit this joint status report, and move to extend the stay of this case until September 2, 2008.

As the Court is aware, this is one of approximately 58 cases pending before the Court of Federal Claims arising under contracts (sometimes called the "Standard Contract") between the Department of Energy ("DOE") and the nuclear utilities for the acceptance and disposal of spent nuclear fuel and high-level radioactive waste. Since this case was filed in January 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed much earlier and that are far more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case substantially more efficient for the parties and the Court.

The Court previously and appropriately has extended the stay of proceedings in anticipation of guidance on the "schedule" on which DOE was required to accept spent fuel from utilities. The parties are aware that the Federal Circuit has decided to hold oral argument in the *Yankee* and *PG&E* appeals at the same time before the same panel.

*Yankee Atomic Elec. Co. v. United States,* Nos. 2007-5025, 2007-5031; *Connecticut Yankee Atomic Power Co. v. United States*, Nos. 2007-5027, 2007-5033; *Maine Yankee Atomic Power Co. v. United States,* Nos. 2007-5026, 2007-5032; *Pacific Gas and Elec. Co. v. United States,* No. 2007-5046. The last brief in those appeals is currently due to be filed on October 8, 2007. Accordingly, the Federal Circuit is likely to hear oral argument early next year and issue decisions later in 2008. Those decisions are likely to provide guidance on the schedule issues.[1]

As the parties have noted previously, a continued stay pending additional guidance on the schedule issues is particularly appropriate in this case. Plaintiff's damages claim to date is relatively small compared to some of the other spent fuel plaintiffs who have been required to incur larger costs to add to their spent fuel storage capacity due to the government's delay in performance. Moreover, due to the relatively large size of its comparatively newer spent fuel storage pool, plaintiff will likely not have to incur large amounts of additional damages to increase its spent fuel storage capacity for a number of years. Indeed, plaintiff only filed this action when it did because it was required to do so by the applicable statute of limitations. Nevertheless, resolution of plaintiff's damages claim would require the parties and the Court to address many of the same "schedule" issues as are pending decision in the other spent fuel cases pending before the Federal Circuit. Moreover, as shown by the experience in those cases, litigating the schedule issues is, or at least can be, time-consuming and costly.

---

[1] In addition to the PG&E and Yankee appeals, two other appeals in spent nuclear fuel cases that may resolve issues arising in this case are also currently pending before the United States Court of Appeals for the Federal Circuit: *Nebraska Public Power District v. United States*, No. 2007-5083, in which briefing was completed on September 27, 2007; and *Sacramento Municipal Utility District v. United States*, Nos. 2007-5052, -5097, in which we expect the government's reply brief to be filed on October 5, 2007.

Furthermore, the litigation of these issues has frequently involved testimony from exactly the same witnesses for both the government and the plaintiff utility in each case. Thus, the parties and the Court should not be required to engage in the costly and repetitive effort to litigate the schedule issues at this time to adjudicate plaintiff's relatively small current claim for damages.

For these reasons, the parties jointly request that the stay of proceedings in this case be extended until September 2, 2008, at which time the parties will again jointly report to the Court on how they wish to proceed.

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20006
(202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiff*
TXU GENERATION COMPANY, LP

Of Counsel:
Robert L. Shapiro

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

s/ Joseph E. Ashman by s/Jerry Stouck
JOSEPH E. ASHMAN
Trial Attorney
Civil Division
Commercial Litigation
U.S. Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20005
(202) 353-7578 (Telephone)
(202) 307-2503 (Facsimile)
*Attorneys for Defendant*

Dated: October 1, 2007
*WDC 371501942v1 9/28/2007*