IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on August 21, 2008

| | | |
|---|---|---|
| TXU GENERATION COMPANY, LP,* | ) | |
| Plaintiff, | ) | No. 04-0098C |
| v. | ) | (Judge Williams) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT STATUS REPORT

Pursuant to Rule 6 (b), Plaintiff TXU Generation Company LP (now known as Luminant Generation Company LLC, *see* note *) respectfully requests a 22-day enlargement of time, to and including Wednesday, September 24, 2008, for the parties to file their next joint status report in this matter. Pursuant to the Court's Order of October 4, 2007, the parties are presently scheduled to submit a joint status report by September 2, 2008, "advising the Court of how they wish to proceed." Order, at 1 (Fed. Cl. Oct. 4, 2007). This is Plaintiff's first motion for an enlargement of time for this purpose. Defendant's counsel, Joseph Ashman of US DOJ – Civil Division, Commercial Litigation Branch, has represented that the government does not oppose this motion.

The enlargement that Plaintiff requests is necessary and appropriate for two related reasons. First, on August 7, 2008, the Federal Circuit issued decisions in three appeals in other spent nuclear fuel cases, *Yankee Atomic Electric Co. v. United States*, Nos. 08-5025, -5026, -5027 (Fed. Cir. Aug. 7, 2008)*; Pacific Gas & Electric Co. v.*

---

* Plaintiff is contemporaneously filing a motion to alter the caption of this case to reflect the new name of the plaintiff, which is Luminant Generation Company LLC.

*United States*, No. 08-5046 (Fed. Cir. Aug. 7, 2008); and, *Sacramento Municipal Utility District v. United States*, No. 07-5052 (Aug. 7, 2008). Those decisions may have important bearing on issues involved in this case, yet because the decisions were only recently issued the parties to this case have had insufficient time to consider the impact on this case. Second, pursuant to longstanding plans, the undersigned counsel for plaintiff will be out of the country from August 27 until after the current, September 2 due date for the joint status report and will not be returning to his office until September 8, 2008.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, D.C. 20037
(202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiff*
TXU GENERATION COMPANY, LP

Of Counsel:
Robert L. Shapiro

Dated: August 21, 2008