IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on August 21, 2008

| | | |
|---|---|---|
| TXU GENERATION COMPANY, LP,* | ) | |
| Plaintiff, | ) | No. 04-0098C |
| v. | ) | (Judge Williams) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION TO CHANGE CAPTION TO REFLECT THE NEW NAME OF THE PLAINTIFF

Plaintiff in this action respectfully requests the Court to enter an order directing that the caption of this case be changed such that all future filings and orders will bear the following case name in the caption: "Luminant Generation Company LLC v. United States." No other change to the caption need be made.

The grounds for this motion are that the name of the plaintiff in this case has been changed from "TXU Generation Company LP" to "Luminant Generation Company LLC." The plaintiff in this case remains the same entity; it simply has a new name. Defendant's counsel, Joseph Ashman of US DOJ – Civil Division, Commercial Litigation Branch, has represented that the government does not oppose this motion.

* As set forth in this motion, the plaintiff's current name is Luminant Generation Company LLC.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000
Washington, D.C. 20037
(202) 331-3173 (Telephone)
(202) 331-3101 (Facsimile)
*Counsel for Plaintiff*

Of Counsel:
Robert L. Shapiro

Dated: August 21, 2008