# In the United States Court of Federal Claims

**No. 04-98C**
**(Filed August 22, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **TXU GENERATION COMPANY, LP,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CHANGE CAPTION TO REFLECT THE NEW NAME OF THE PLAINTIFF**

---

On August 21, 2008, Plaintiff filed an unopposed motion to change the caption in this matter to reflect the new name of Plaintiff. Plaintiff requests that the Court enter an order directing that the caption of this case be changed such that all future filings and orders will bear the following name in the caption: "Luminant Generation Company LLC v. United States."

The Court grants Plaintiff's request and directs the Clerk of the Court to change the name of this case to Luminant Generation Company LLC v. United States.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**