# In the United States Court of Federal Claims

**No. 04-98C**
**(Filed August 22, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LUMINANT GENERATION COMPANY LLP**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On August 21, 2008, Plaintiff filed an unopposed motion for an enlargement of time of 22 days, to and including September 24, 2008, for the parties to file their next joint status report in this matter. Good cause having been shown, this motion is **GRANTED**. The parties shall file their joint status report by **September 24, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**